The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TOMMY L. MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>OBI SEAFOODS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-00897-RSM<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

The Court, having reviewed the pleadings and documents filed in support of, and to the extent applicable, in opposition to, Defendant's Motion for Extension of Time to File a Response to Plaintiffs' Complaint requesting to move Defendant's deadline to and including August 15, 2022, and the remainder of the file herein, finds that Defendant OBI Seafoods, LLC has shown good cause to justify the extension.

Therefore, IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

DATED this 22nd day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFEDANT'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
*Moore v. OBI Seafoods, LLC*; 2:22-cv-00897-RSM

LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
907.561.1214

1  *Presented by:*

5  *s/Renea I. Saade*

6  Renea I. Saade, WSBA #30044
rsaade@littler.com
LITTLER MENDELSON
7  500 L Street, Suite 201
Anchorage, AK  99501
8  Phone:       907.561.1214
Fax:         907.561.1215

10  Attorneys for Defendant OBI Seafoods, LLC

12  4864-6552-6827.1 / 112405-1003

ORDER GRANTING DEFEDANT'S MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
*Moore v. OBI Seafoods, LLC*; 2:22-cv-00897-RSM

LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
907.561.1214