The Honorable John H. Chun
Trial Date: January 16, 2024

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMMY L. MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>OBI SEAFOODS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-00897-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*(Clerk's Action Required)*<br><br><u>Noted on Motion Calendar:</u><br>June 30, 2023 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Tommy L. Moore, by and through his attorneys, REKHI & WOLK, P.S., and Defendant OBI Seafoods, LLC, by and through its attorneys, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:22-CV-00897-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

IT IS SO STIPULATED this 30th day of June, 2023.

| */s/ Cameron K. Mease* | */s/ Nina Stroescu* |
|---|---|
| Cameron K. Mease, WSBA #59550<br>Hardeep S. Rekhi, WSBA #34579<br>REKHI & WOLK, P.S.<br>529 Warren Ave N., Suite 201<br>Seattle, WA 98109<br>Phone: (206) 388-5887<br>Facsimile: (206) 577-3924<br>Email: hardeep@rekhiwolk.com<br>         cameron@rekhiwolk.com<br><br>*Attorneys for Plaintiff*<br>Tommy L. Moore | Alyesha A. Dotson, WSBA #55122<br>adotson@littler.com<br>Nina Stroescu, WSBA #60361<br>nstroescu@littler.com<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone:     206.623.3300<br>Fax:         206.447.6965<br><br>*Attorneys for Defendant*<br>OBI Seafoods, LLC |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:22-CV-00897-JHC

# ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, and the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

**IT IS SO ORDERED** that all of Plaintiff's claims and causes of action against Defendant OBI Seafoods, LLC are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party, and the case is hereby closed.

Dated: June 30, 2023

_____
The Honorable John H. Chun
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:22-CV-00897-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on June 30, 2023, I electronically filed the foregoing document titled ***Stipulation and (Proposed) Order of Dismissal with Prejudice*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

**Attorneys for Plaintiff**

Hardeep S. Rekhi, WSBA #34579
REKHI & WOLK, P.S.
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924
Email: hardeep@rekhiwolk.com

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on June 30, 2023, at Seattle, Washington.

*/s/ Colette Pringle-Saunders*
Colette Pringle-Saunders, Legal Secretary
CPSaunders@littler.com
**LITTLER MENDELSON, P.C.**

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4
CASE NO. 2:22-CV-00897-JHC

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300